**Dwayne Anthony CHILDS, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–7627.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 10, 2002.

Roy D. Bradley, Bradley Law Firm, P.C., Madison, Virginia, for Appellant. Jerry W. Kilgore, Attorney General of Virginia, Paul G. Galanides, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwayne Anthony Childs appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Childs v. Angelone,* No. CA-00-822-2 (E.D.Va. Aug. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*